| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Keller, Robert P.K.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Keller, Susanne L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2980** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2253** |
| Street Address of Debtor (No. and Street, City, and State):<br>**113 11th Street**<br>**Pacific Grove, CA**      ZIP Code **93950** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**113 11th Street**<br>**Pacific Grove, CA**      ZIP Code **93950** |
| County of Residence or of the Principal Place of Business:<br>**Monterey** | County of Residence or of the Principal Place of Business:<br>**Monterey** |
| Mailing Address of Debtor (if different from street address):<br>     ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>     ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Keller, Robert P.K.**<br>**Keller, Susanne L.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Keller Medical Institute, Inc.** | Case Number:<br>**10-62818-SLJ** | Date Filed:<br>**12/15/10** |
|---|---|---|
| District:<br>**Northern District of California, San Jose Division** | Relationship:<br>**Debtor is President** | Judge:<br>**Stephen L. Johnson** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____

         (Name of landlord that obtained judgment)

         _____

         (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Keller, Robert P.K.**
**Keller, Susanne L.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert P.K. Keller**
Signature of Debtor  **Robert P.K. Keller**

X **/s/ Susanne L. Keller**
Signature of Joint Debtor **Susanne L. Keller**

Telephone Number (If not represented by attorney)

**February  7, 2011**
Date

### Signature of Attorney*

X **/s/ Michael W. Malter**
Signature of Attorney for Debtor(s)

**Michael W. Malter #96533**
Printed Name of Attorney for Debtor(s)

**Binder & Malter, LLP**
Firm Name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Address

**(408) 295-1700  Fax: (408) 295-1531**
Telephone Number

**February  7, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of California

In re **Robert P.K. Keller**
**Susanne L. Keller**

Debtor(s)

Case No. _____

Chapter **7** _____

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robert P.K. Keller**
                                **Robert P.K. Keller**

Date:    **February 7, 2011**

Certificate Number: 08381-CAN-CC-013794614



08381-CAN-CC-013794614

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 25, 2011, at 1:36 o'clock PM CST, Robert Keller received from ConsumerBankruptcyCounseling.info, a Project of the Tides Center, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   February 6, 2011                    By:      /s/Patricia Perez

                                           Name:   Patricia Perez

                                           Title:    assistant

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re    **Robert P.K. Keller**
      **Susanne L. Keller**                        Case No. _____
                                  Debtor(s)       Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Susanne L. Keller**
                              **Susanne L. Keller**
Date:   **February  7, 2011**



# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 25, 2011</u>, at <u>1:36</u> o'clock <u>PM CST</u>, <u>Susanne Keller</u> received from <u>ConsumerBankruptcyCounseling.info, a Project of the Tides Center</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>February 6, 2011</u>          By:      <u>/s/Patricia Perez</u>

Name:    <u>Patricia Perez</u>

Title:   <u>assistant</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Northern District of California

In re    **Robert P.K. Keller,**
         **Susanne L. Keller**

                                       Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,000,000.00 | | |
| B - Personal Property | Yes | 4 | 58,419.13 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,528,836.08 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 2,869,965.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 9,375.52 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 8,240.00 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 1,058,419.13 | | |
| Total Liabilities | | | | 4,398,801.83 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Robert P.K. Keller,**
       **Susanne L. Keller**                    Case No. _____

                                  Debtors       Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re    **Robert P.K. Keller,**
          **Susanne L. Keller**
                                         Debtors

Case No. _____

,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **113 11th Street**<br>**Pacific Grove, CA 93950** | **Fee simple** | **C** | **745,000.00** | **869,428.08** |
| **110 Monterey Avenue**<br>**Pacific Grove, CA 93950** | **Fee simple** | **C** | **255,000.00** | **455,484.41** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,000,000.00** | (Total of this page) |
| Total > | **1,000,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Robert P.K. Keller,**                               Case No. _____
         **Susanne L. Keller**

_____,
                                Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | C | 300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank (checking account ending 8191)** | C | 102.52 |
| | | **Wells Fargo Bank (Acct. No. ending 9941)** | C | 18.62 |
| | | **First National Bank (Accounting ending 9861)** | C | 3,987.64 |
| | | **First National Bank (Acct. ending 9879)** | C | 200.39 |
| | | **Monterey County Bank (Acct. ending 2142)** | C | 15.14 |
| | | **Monterey County Bank (Savings Acct. ending 3904)** | C | 0.00 |
| | | **Business checking account, acct. ending #7134** | H | 165.12 |
| | | **Business savings account, acct. ending #0970** | H | 354.50 |
| | | **First National, joint checking, acct. ending 9887** | C | 68.20 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishing** | C | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures and other art objects; collectibles** | C | 1,000.00 |
| | | **Clothing** | C | 1,000.00 |
| 6. Wearing apparel. | X | | | |

Sub-Total >      **12,212.13**
(Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re     **Robert P.K. Keller,**                                     Case No. _____

            **Susanne L. Keller**

                                        ,

                                 Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | | **Jewelry** | **C** | **50.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Sports, photographic, hobby equipment** | **C** | **200.00** |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prudential Life Insurance policy** | **C** | **0.00** |
| | | **State Farm Life Insurance Policy** | **C** | **0.00** |
| 10.  Annuities. Itemize and name each issuer. | **X** | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | **X** | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **BiobanK USA stock (20,000 shares were pledged as security to Richard M. Scaife on March 12, 2009 pursuant to a Stock Pledge Agreement.)** | **C** | **Unknown** |
| | | **Keller Medical Institute, PC - Debtor, Robert Keller, is the sole shareholder in the corporation. Business operations ceased November 30, 2010.** | **C** | **0.00** |
| | | **Keller Protective Medicine, LLC - Debtor, Robert Keller, is a member holding 49% ownership interest.** | **C** | **0.00** |
| | | **Keller Medical, PC - Debtor, Robert Keller, is the sole shareholder.** | **C** | **0.00** |
| | | **Monterey Bay Urgent Care - Debtor, Robert Keller, holds a 2% ownership interest.** | **C** | **0.00** |
| | | **Monterey Advanced Medical Corp., dba Robert M. Keller, MD - Debtor, Robert Keller, operates a dba located at 288 Pearl St., Monterey, CA, 93940.  Dr. Keller is a plastic surgeon.  Business operations commenced December 1, 2010.  All business is on a cash basis, no insurance is accepted.** | **C** | **0.00** |

Sub-Total >      **250.00**
(Total of this page)

Sheet ___**1**___ of ___**3**___ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

In re    **Robert P.K. Keller,**                             Case No. _____

         **Susanne L. Keller**

                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **Keller Medical, Inc., Debtor, Robert Keller, is the sole shareholder. Business operations commenced 7/15/10 ceased on 11/30/10** | **C** | **0.00** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >         **0.00**
(Total of this page)

Sheet \_\_**2**\_\_ of \_\_**3**\_\_ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

In re   **Robert P.K. Keller,**
       **Susanne L. Keller**

Case No. _____

                                          ,
                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Land Rover LR3** | C | **29,410.00** |
| | | **2006 Volvo XC90 (This car is in the Debtors' namnes but their daughter makes all payments and maintains this vehicle.)** | C | **11,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Medical supplies and furnishings (tools of trade)** | C | **5,547.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **45,957.00** |
| (Total of this page) | | |
| Total > | | **58,419.13** |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

.

In re      **Robert P.K. Keller,**                                                    Case No. _____
     **Susanne L. Keller**
_____ ,
                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | C.C.P. § 703.140(b)(5) | 300.00 | 300.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wells Fargo Bank (checking account ending 8191) | C.C.P. § 703.140(b)(5) | 102.52 | 102.52 |
| Wells Fargo Bank (Acct. No. ending 9941) | C.C.P. § 703.140(b)(5) | 18.62 | 18.62 |
| First National Bank (Accounting ending 9861) | C.C.P. § 703.140(b)(5) | 3,987.64 | 3,987.64 |
| First National Bank (Acct. ending 9879) | C.C.P. § 703.140(b)(5) | 200.39 | 200.39 |
| Monterey County Bank (Acct. ending 2142) | C.C.P. § 703.140(b)(5) | 15.14 | 15.14 |
| Business checking account, acct. ending #7134 | C.C.P. § 703.140(b)(5) | 165.12 | 165.12 |
| Business savings account, acct. ending #0970 | C.C.P. § 703.140(b)(5) | 354.50 | 354.50 |
| First National, joint checking, acct. ending 9887 | C.C.P. § 703.140(b)(5) | 68.20 | 68.20 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishing | C.C.P. § 703.140(b)(3) | 5,000.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, pictures and other art objects; collectibles | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| Clothing | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Jewelry | C.C.P. § 703.140(b)(4) | 50.00 | 50.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Sports, photographic, hobby equipment | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2008 Land Rover LR3 | C.C.P. § 703.140(b)(2) | 0.00 | 29,410.00 |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| Medical supplies and furnishings (tools of trade) | C.C.P. § 703.140(b)(6) C.C.P. § 703.140(b)(5) | 2,200.00 3,347.00 | 5,547.00 |
| | Total: | 18,009.13 | 47,419.13 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Robert P.K. Keller,**            Case No. _____
         **Susanne L. Keller,**

                                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0100** <br><br> **Heritage Bank** <br> **150 Almaden Blvd.** <br> **San Jose, CA 95113** | C | | **First Trust Deed on Lot/SBA Loan** <br><br> **110 Monterey Avenue** <br> **Pacific Grove, CA 93950** <br><br> **Loan proceeds were used to fund business operations.** <br><br> Value $      **255,000.00** | | | | **455,484.41** | **200,484.41** |
| Account No. <br><br> **Scaife, Richard** <br> **301 Grand Street, Suite 3900** <br> **Pittsburgh, PA 15219-6401** | C | | **March 12, 2009** <br><br> **BiobanK USA stock (20,000 shares were pledged as security to Richard M. Scaife on March 12, 2009 pursuant to a Stock Pledge Agreement.)** <br><br> Value $      **Unknown** | | | | **157,000.00** | **Unknown** |
| Account No. **xxxx-xxxx-xx3-617** <br><br> **U. S. Bankcorp** <br> **P. O. Box 790179** <br> **Saint Louis, MO 63179-0179** | C | | **5/5/2010** <br><br> **Auto Loan** <br><br> **2008 Land Rover LR3** <br><br> Value $      **29,410.00** | | | | **29,531.39** | **121.39** |
| Account No. **xxxx9444** <br><br> **Volvo Car Finance** <br> **Dept. 193901** <br> **P. O. Box 55000** <br> **Detroit, MI 48255-1939** | C | | **Automobile purchase** <br><br> **2006 Volvo XC90 (This car is in the Debtors' namnes but their daughter makes all payments and maintains this vehicle.)** <br><br> Value $      **11,000.00** | | | | **17,392.20** | **6,392.20** |

____**1**____ continuation sheets attached

                                      Subtotal          **659,408.00**     **206,998.00**
                                 (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re   **Robert P.K. Keller,**
        **Susanne L. Keller**

Case No. _____

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx9493** <br><br> **Wachovia Bank** <br> **P.O. Box 60505** <br> **City of Industry, CA 91716-0505** | C | | | | **1st Deed of Trust** <br><br> **113 11th Street** <br> **Pacific Grove, CA 93950** <br><br> Value $       **745,000.00** | | | | **869,428.08** | **124,428.08** |
| Account No. <br><br><br><br> | | | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | | | <br><br><br> Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **869,428.08** | **124,428.08** |
| Total <br> (Report on Summary of Schedules) | **1,528,836.08** | **331,426.08** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **Robert P.K. Keller,**                            Case No. _____
         **Susanne L. Keller**

                                            Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

0 continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

In re    **Robert P.K. Keller,**                            Case No. _____

           **Susanne L. Keller,**

                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx9588** | | | | Trade debt Keller Medical Institute, PC | | | | |
| Allergan Inc. 12975 Collections Center Drive Chicago, IL 60693 | X | | C | | | | | 22,205.49 |
| Account No. | | | | Trade debt of Keller Medical Institute, PC | | | | |
| Bert Coffey 540 Quail Court Monterey, CA 93940 | X | | C | | | | | 560,000.00 |
| Account No. | | | | Trade debt of Keller Medical Institute, PC | | | | |
| Caltronics Business Systems CS3629 10491 Old Placerville Road Suite 150 Sacramento, CA 95827-2508 | X | | C | | | | | 222.00 |
| Account No. **xxxx-xxxx-xxxx-3858** | | | | 1/2010 Credit card purchases | | | | |
| Capital One P. O. Box 60599 City of Industry, CA 91716 | | | C | | | | | 1,632.00 |
| | | | | | Subtotal (Total of this page) | | | 584,059.49 |

__12__ continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:27694-110113   Best Case Bankruptcy

In re    **Robert P.K. Keller,**            Case No. _____
        **Susanne L. Keller**
_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3858** <br><br> **Capital One** <br> **P.O. Box 60599** <br> **City Of Industry, CA 91716** | | C | Miscellaneous Purchases | | | | 1,634.91 |
| Account No. **xxxx-xxxx-xxxx-2068** <br><br> **Capital One Bank** <br> **PO Box 60599** <br> **City of Industry, CA 91716-0599** | X | C | Trade debt of Keller Medical Institute, PC | | | | 2,000.00 |
| Account No. **xxxx xxxx xxxx 2389** <br><br> **Chase** <br> **Card Member Services** <br> **P.O. Box 94014** <br> **Palatine, IL 60094-4014** | | C | Miscellaneous Purchases | | | | 1,399.68 |
| Account No. **x0968** <br><br> **Comcast** <br> **#LX7039** <br> **P.O. Box 60000** <br> **San Francisco, CA 94160** | X | C | Trade debt of Keller Medical Institute, PC | | | | 13,324.78 |
| Account No. **xxx2816** <br><br> **Community Hospital** <br> **c/o Rash-Curtis & Associates** <br> **190 S. Orchard Avenue, Ste. C250** <br> **Vacaville, CA 95688** | X | C | Medical services | | | | 1,624.69 |

Sheet no. **1** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)      **19,984.06**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re     **Robert P.K. Keller,**           Case No. _____
           **Susanne L. Keller**

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1218** <br><br> **Cynosure, Inc.** <br> **5 Carlisle Road** <br> **Westford, MA 01886** | X | C | Trade debt of Keller Medical Institute, PC | | | | 3,809.82 |
| Account No. <br><br> **Derinda L. Messenger & Assoc.** <br> **P. O. Box 30** <br> **Salinas, CA 93902-0030** | X | C | Trade debt of Keller Medical Institute | | | | 34,680.07 |
| Account No. <br><br> **Einstein Industries** <br> **6675 Mesa Ridge Road** <br> **San Diego, CA 92121** | X | C | Trade debt of Keller Medical Institute, PC | | | | 9,873.50 |
| Account No. **x3351** <br><br> **Fenton Keller** <br> **2801 Monterey - Salinas Hwy.** <br> **POB 791** <br> **Monterey, CA 93942-0791** | X | C | Trade debt of Keller Medical Institute, PC | | | | 1,719.00 |
| Account No. **xxxx-xxxx-xxxx-7979** <br><br> **First Premier Bank** <br> **P.O. Box 5519** <br> **Sioux Falls, SD 57117-5519** | X | C | Miscellaneous purchases | | | | 300.00 |

Sheet no. __2__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     50,382.39
(Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    **Robert P.K. Keller,**                       Case No. _____
          **Susanne L. Keller**

                                                               ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ganeles & Assoc.**<br>**2600 Garden Road, Suite 301**<br>**Monterey, CA 93940** | X | C | **Trade debt of Keller Medical Institute, PC** | | | | **3,403.57** |
| Account No.<br><br>**Gary S. Vandeweghe, Esq.**<br>**96 North Third Street**<br>**Suite 500**<br>**San Jose, CA 95112** | X | C | **Trade debt of Keller Medical Institute, PC** | | | | **1,532.50** |
| Account No. **xxxx5001**<br><br>**Green & Jespersen, A Prof**<br>**9600 Blue Larkspur Lane**<br>**Monterey, CA 93940** | X | C | **Trade debt of Keller Medical Institute, PC and Debtors** | | | | **2,670.30** |
| Account No. **xx0420**<br><br>**Greystone Equipment Finance Corporation**<br>**25 Mall Road, Suite 411**<br>**Burlington, MA 01803** | X | C | **11/17/2008**<br>**Deficiency balance due on the returned Cynosure Smartlipo MPX Laser System by Keller Medical Institute, PC** | X | | X | **Unknown** |
| Account No.<br><br>**Cynosure, Inc.**<br>**5 Carlisle Road**<br>**Westford, MA 01886** | | | **Representing:**<br>**Greystone Equipment Finance Corporation** | | | | **Notice Only** |

Sheet no. __**3**__ of __**12**__ sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)        **7,606.37**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert P.K. Keller,**
      **Susanne L. Keller**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lewis J. Cohn, Esq.** <br> **Cohn & Dussi, LLC** <br> **300 Trade Center** <br> **Woburn, MA 01801** | | | **Representing:** <br> **Greystone Equipment Finance Corporation** | | | | **Notice Only** |
| Account No. <br><br> **Nick I. Iezza, Esq.** <br> **Kelly Sweeney, Esq.** <br> **Spiwak & Iezza, LLP** <br> **555 Marin Street, Suite 140** <br> **Thousand Oaks, CA 91360** | | | **Representing:** <br> **Greystone Equipment Finance Corporation** | | | | **Notice Only** |
| Account No. <br><br> **Henry Schein** <br> **5315 W. 74th Street** <br> **IN 46288** | X | C | **Trade debt of Keller Medical Insittute** | | | | **Unknown** |
| Account No. **xx0202** <br><br> **Horan, Lloyd, Karachale, Dyer, Schwartz** <br> **Law & Cook, Inc.** <br> **P.O. Box 3350** <br> **Monterey, CA 93942-3350** | X | C | **Trade debt of Keller Medical Institute, PC** | | | | **1,140.92** |
| Account No. **xxxx-xxxx-xxxx-1536** <br><br> **Household Bank** <br> **P.O. Box 60102** <br> **City of Industry, CA 91716-0102** | | C | **Miscellaneous Purchases** | | | | **1,763.00** |

Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,903.92**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy

In re   **Robert P.K. Keller,**                                                    Case No. _____

       **Susanne L. Keller**

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| Account No. | | | | | Trade debt of Keller Medical Institute, PC | | | | |
| **Howe, Clinton** **3057 Cormorant** **Pebble Beach, CA 93953** | X | | C | | | | | | 40,000.00 |
| Account No. **xxxxx570-A** | | | | | Trade debt of Keller Medical Institute | | | | |
| **Independent Re Research, Inc.** **P. O. Box 181** **Pebble Beach, CA 93953** | X | | C | | | | | | 400.00 |
| Account No. **xxxx87-01** | | | | | Trade debt of Keller Medical Institute, PC | | | | |
| **Kelly Services** **Hinsdale Law Firm** **433 Airport Boulevard, Suite 106B** **Burlingame, CA 94010** | X | | C | | | | | | 2,773.68 |
| Account No. | | | | | Trade debt of Keller Medical Institute, PC | | | | |
| **KION** **P.O. Box 39000** **Dept. 34251** **San Francisco, CA 94139** | X | | C | | | | | | 7,852.25 |
| Account No. | | | | | Trade debt of Keller Medical Institute, PC | | | | |
| **KSBW** **P.O. Box 39000** **San Francisco, CA 94139** | X | | C | | | | | | 14,444.75 |

Sheet no. __5__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **65,470.68**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

In re   **Robert P.K. Keller,**
      **Susanne L. Keller**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Lucas, Don**<br>**1930 Saratoga Los Gatos Road**<br>**Saratoga, CA 95070** | X | C | | Trade debt of Keller Medical Institute, PC | | | | 225,000.00 |
| Account No.<br><br>**Mevz Aesthetics**<br>**4133 Courtney Road #10**<br>**Franksville, WI 53126** | X | C | | Trade debt of Keller Medical Institute | | | | 2,650.00 |
| Account No.<br><br>**Monterey County Bank**<br>**601 Munras Avenue**<br>**Monterey, CA 93940** | X | C | | Trade debt of Keller Medical Institute | | | | 160,000.00 |
| Account No.<br><br>**Monterey County Herald**<br>**P.O. Box 271**<br>**Monterey, CA 93942** | | C | | Trade debt of Keller Medical Institute, PC | | | | 2,592.12 |
| Account No.<br><br>**Monterey County Tax Collector**<br>**P. O. Box 891**<br>**Salinas, CA 93902-0891** | X | C | | unsecured property taxes for Keller Medical Institute, PC | | | | 15,000.00 |

Sheet no. _6_ of _12_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

405,242.12

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Robert P.K. Keller,**
         **Susanne L. Keller**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt of Keller Medical Institute, PC | | | | |
| **Monterey County Weekly** **668 Williams Avenue** **Seaside, CA 93955** | X | C | | | | | 3,270.12 |
| Account No. | | | Trade debt of Keller Medical Institute, PC | | | | |
| **ODA** **660 Mission** **Suite440** **San Francisco, CA 94105** | X | C | | | | | 4,770.00 |
| Account No. | | | Trade debt of Keller Medical Institute, PC | | | | |
| **Oliver Enterprise, LLC** **Dept. 34452** **P.O. Box 9440** **Fresno, CA 93792** | X | C | | | | | 5,775.00 |
| Account No. | | | Loan to Robert Keller | | | | |
| **Paul Harless** **303 Lake Drive** **Millington, TN 38053** | X | C | | | | | 600,000.00 |
| Account No. | | | Trade debt of Keller Medical Institute, PC | | | | |
| **Quill** **P.O. Box 37600** **Philadelphia, PA 19101-0600** | X | C | | | | | 442.22 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**614,257.34**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re **Robert P.K. Keller,**           Case No. _____
        **Susanne L. Keller**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Salinas Valley Memorial<br>450 E. Romie Land<br>Salinas, CA 93901** | X | C | **Past Due Rent (Trade debt of Keller Medical Institute, PC)** | | | | **268,089.00** |
| Account No.<br><br>**Salinas Valley Memorial<br>450 E. Romie Lane<br>Salinas, CA 93901** | X | C | **Tenant Improvement Loan (Trade debt of Keller Medical Institute, PC)<br>   Subject to setoff.** | | | X | **Unknown** |
| Account No.<br><br>**Salinas Valley Memorial Healthcar System<br>450 East Romie Lane<br>Salinas, CA 93901** | X | C | **Promissory Note on Commercial Property Lease (Trade debt of Keller Medical Institute, PC)** | | | | **706,012.00** |
| Account No.<br><br>**Matthew W. Ottone, Esq.<br>Ottone Leach Olsen & Ray<br>17 East Gabilan Street<br>Salinas, CA 93901** | | | **Representing:<br>Salinas Valley Memorial Healthcar System** | | | | **Notice Only** |
| Account No.<br><br>**Sound Surgical Tech<br>357 S. McCaslin Blvd.<br>Louisville, CO 80027** | X | C | **Trade debt of Keller Medical Institute, PC** | | | | **3,877.24** |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**977,978.24**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert P.K. Keller,**
       **Susanne L. Keller**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Suneva Medical** <br> **Lorna Walker, Esq.** <br> **6073 Mission Street** <br> **Daly City, CA 94014** | X | C | **Trade debt of Keller Medical Institute, PC** | | | | 35,000.00 |
| Account No. <br><br> **Swisscosmet Corp** <br> **5540 Rowan Road** <br> **New Port Richey, FL 34653** | X | C | **Trade debt of Keller Medical Institute, PC** | | | | 4,532.93 |
| Account No. <br><br> **Terry Latasa** <br> **930 Harrison Street** <br> **Monterey, CA 93940** | X | C | **Architect work done for the Keller's home.** | | | | 3,177.09 |
| Account No. <br><br> **Thelen, Chang & Nguyen, LLP** <br> **18921 Portola Drive #D** <br> **Salinas, CA 93908** | X | C | **Accounting services** | | | | 6,650.00 |
| Account No. **xxxx0000** <br><br> **Tygris Asset Finance, Inc.** <br> **P.O. Box 809073** <br> **Chicago, IL 60680-9073** | X | C | **Cynosure Apogee Elite Laser System - deficiency balance** | X | | X | 36,000.00 |

Sheet no. __9__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  85,360.02

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com — Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert P.K. Keller,**
     **Susanne L. Keller**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Adam C. Toosley, Esq.** <br> **Clark Hill PLC** <br> **150 N. Michigan Avenue, Suite 2700** <br> **Chicago, IL 60601** | | | | | **Representing:** <br> **Tygris Asset Finance, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Cynosure, Inc.** <br> **5 Carlisle Road** <br> **Westford, MA 01886** | | | | | **Representing:** <br> **Tygris Asset Finance, Inc.** | | | | **Notice Only** |
| Account No. **J7080102** <br><br> **Marcap Corporation** <br> **200 West Jackson, Suite 2000** <br> **Chicago, IL 60606** | | | | | **Representing:** <br> **Tygris Asset Finance, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **Tygris Commercial Finance** <br> **c/o Michael Parafink** <br> **500 West Monroe Street** <br> **28th Floor** <br> **Chicago, IL 60661** | | | | | **Representing:** <br> **Tygris Asset Finance, Inc.** | | | | **Notice Only** |
| Account No. **xx0748** <br><br> **U.S. Bancorp Equipment Finance, Inc.** <br> **13010 SW 68th Pkwy, Ste. 100** <br> **PD-OR-LEAS** <br> **Portland, OR 97223** | X | | C | | **12/28/2007** <br> **Affirm Laser System - deficiency balance** | | | | **36,781.12** |

Sheet no. _**10**_ of _**12**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**36,781.12**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re   **Robert P.K. Keller,**
          **Susanne L. Keller**                                  Case No. _____

                                                    ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4030052** <br><br> **Cynosure, Inc.** <br> **5 Carlisle Road** <br> **Westford, MA 01886** | | | | | Representing: <br> **U.S. Bancorp Equipment Finance, Inc.** | | | | **Notice Only** |
| Account No. **304-165646** <br><br> **JP Morgan Chase** <br> **Attn: USBEF Exchange Co.** <br> **Lockbox 88010** <br> **131 S. Dearborn, 6th Floor** <br> **Chicago, IL 60603** | | | | | Representing: <br> **U.S. Bancorp Equipment Finance, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **U.S. Bancorp Equipment Finance, Inc.** <br> **P.O. Box 790413** <br> **Saint Louis, MO 63179-0413** | | | | | Representing: <br> **U.S. Bancorp Equipment Finance, Inc.** | | | | **Notice Only** |
| Account No. <br><br> **U.S. Bancorp Equipment Finance, Inc.** <br> **P.O. Box 230789** <br> **Portland, OR 97281-0789** | | | | | Representing: <br> **U.S. Bancorp Equipment Finance, Inc.** | | | | **Notice Only** |
| Account No. **xxxxxx8-001** <br><br> **VGM Financial Services** <br> **1111 W. San Marnan Drive** <br> **Waterloo, IA 50701** | X | | C | | 3/9/2007 <br> **Smart Lipo Laser System - deficiency balance** | | | | **11,990.52** |

Sheet no. __11__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal         | **11,990.52** |
(Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

In re  **Robert P.K. Keller,**
     **Susanne L. Keller**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Cynosure, Inc.** <br>**5 Carlisle Road** <br>**Westford, MA 01886** | | | Representing: <br>**VGM Financial Services** | | | | **Notice Only** |
| Account No. <br><br>**VGM Financial Services** <br>**P.O. Box 1620** <br>**Waterloo, IA 50704** | | | Representing: <br>**VGM Financial Services** | | | | **Notice Only** |
| Account No. **4010758** <br><br>**VGM Financial Services** <br>**P.O. Box 78523** <br>**Milwaukee, WI 53278-0523** | | | Representing: <br>**VGM Financial Services** | | | | **Notice Only** |
| Account No. **xxx-xxxxxx7-001** <br><br>**Wells Fargo Financial Leasing** <br>**P/O/ Box 6434** <br>**Carol Stream, IL 60197-6434** | X | C | **Copier lease (Trade debt of Keller Medical Institute, PC)** | | | | **7,149.48** |
| Account No. <br><br>**White Glove** <br>**143 Silverwood Place** <br>**Marina, CA 93933** | X | C | **Trade debt of Keller Medical Institute, PC** | | | | **800.00** |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br>(Total of this page) | **7,949.48** |
|---|---|---|
|  | Total <br>(Report on Summary of Schedules) | **2,869,965.75** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re   **Robert P.K. Keller,**
        **Susanne L. Keller**

                                                Debtors

Case No. _____

,

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Greystone Equipment Finance Corporation**<br>**25 Mall Road, Suite 411**<br>**Burlington, MA 01803** | **Cynosure Smartlipo MPX Laser Lease** |
| **Salinas Valley Memorial Healthcar System**<br>**450 East Romie Lane**<br>**Salinas, CA 93901** | **Keller Medical Institute, Inc. Commerical Property Lease** |
| **Tygris Asset Finance, Inc., as successor**<br>**to Marcap Corporation**<br>**200 West Jackson, Suite 2000**<br>**Chicago, IL 60606** | **Lease on Cynosure Apogee Elite Laser System** |
| **U.S. Bancorp Equipment Finance, Inc.**<br>**P.O. Box 790413**<br>**Saint Louis, MO 63179-0413** | **Affirm Laser System**<br>**Lease Agreement No.: 40340052 assigned from**<br>**U.S. Express Leasing to U.S. Bancorp.** |
| **VGM Financial Services**<br>**1111 W. San Marnan Drive**<br>**Waterloo, IA 50701** | **Smart Lipo Laser System** |

0

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Robert P.K. Keller,**                                       Case No. _____
               **Susanne L. Keller**
                                               ,
                                Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Greystone Equipment Finance Corporation**<br>**25 Mall Road, Suite 411**<br>**Burlington, MA 01803** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **U.S. Bancorp Equipment Finance, Inc.**<br>**13010 SW 68th Pkwy, Ste. 100 PD-OR-LEAS**<br>**Portland, OR 97223** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **VGM Financial Services**<br>**1111 W. San Marnan Drive**<br>**Waterloo, IA 50701** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Salinas Valley Memorial Healthcar System**<br>**450 East Romie Lane**<br>**Salinas, CA 93901** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Tygris Asset Finance, Inc.**<br>**P.O. Box 809073**<br>**Chicago, IL 60680-9073** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Monterey County Bank**<br>**601 Munras Avenue**<br>**Monterey, CA 93940** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Mevz Aesthetics**<br>**4133 Courtney Road #10**<br>**Franksville, WI 53126** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Henry Schein**<br>**5315 W. 74th Street**<br>** IN 46288** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Derinda L. Messenger & Assoc.**<br>**P. O. Box 30**<br>**Salinas, CA 93902-0030** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Allergan Inc.**<br>**12975 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Bert Coffey**<br>**540 Quail Court**<br>**Monterey, CA 93940** |

**3**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

In re     **Robert P.K. Keller,**                                      Case No. _____

         **Susanne L. Keller**

_____,

Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Caltronics Business Systems**<br>**CS3629**<br>**10491 Old Placerville Road**<br>**Suite 150**<br>**Sacramento, CA 95827-2508** |
| **Keller Medical Institute**<br>**113 11th Street**<br>**Pacific Grove, CA 93950** | **Capital One Bank**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Comcast**<br>**#LX7039**<br>**P.O. Box 60000**<br>**San Francisco, CA 94160** |
| **Keller Medical Institute**<br>**113 11th Street**<br>**Pacific Grove, CA 93950** | **Community Hospital**<br>**c/o Rash-Curtis & Associates**<br>**190 S. Orchard Avenue, Ste. C250**<br>**Vacaville, CA 95688** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Cynosure, Inc.**<br>**5 Carlisle Road**<br>**Westford, MA 01886** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Einstein Industries**<br>**6675 Mesa Ridge Road**<br>**San Diego, CA 92121** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Fenton Keller**<br>**2801 Monterey - Salinas Hwy.**<br>**POB 791**<br>**Monterey, CA 93942-0791** |
| **Keller Medical Institute**<br>**113 11th Street**<br>**Pacific Grove, CA 93950** | **First Premier Bank**<br>**P.O. Box 5519**<br>**Sioux Falls, SD 57117-5519** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Ganeles & Assoc.**<br>**2600 Garden Road, Suite 301**<br>**Monterey, CA 93940** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Gary S. Vandeweghe, Esq.**<br>**96 North Third Street**<br>**Suite 500**<br>**San Jose, CA 95112** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Green & Jespersen, A Prof**<br>**9600 Blue Larkspur Lane**<br>**Monterey, CA 93940** |

Sheet   **1**   of   **3**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

In re    **Robert P.K. Keller,**                                            Case No. _____
         **Susanne L. Keller**
_____,
                              Debtors
# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Keller Medical Institute**<br>**228 Pearl Street**<br>**Monterey, CA 93940** | **Horan, Lloyd, Karachale, Dyer, Schwartz**<br>**Law & Cook, Inc.**<br>**P.O. Box 3350**<br>**Monterey, CA 93942-3350** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Howe, Clinton**<br>**3057 Cormorant**<br>**Pebble Beach, CA 93953** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Kelly Services**<br>**Hinsdale Law Firm**<br>**433 Airport Boulevard, Suite 106B**<br>**Burlingame, CA 94010** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **KION**<br>**P.O. Box 39000**<br>**Dept. 34251**<br>**San Francisco, CA 94139** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **KSBW**<br>**P.O. Box 39000**<br>**San Francisco, CA 94139** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Lucas, Don**<br>**1930 Saratoga Los Gatos Road**<br>**Saratoga, CA 95070** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Monterey County Tax Collector**<br>**P. O. Box 891**<br>**Salinas, CA 93902-0891** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Monterey County Weekly**<br>**668 Williams Avenue**<br>**Seaside, CA 93955** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **ODA**<br>**660 Mission**<br>**Suite440**<br>**San Francisco, CA 94105** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Oliver Enterprise, LLC**<br>**Dept. 34452**<br>**P.O. Box 9440**<br>**Fresno, CA 93792** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Quill**<br>**P.O. Box 37600**<br>**Philadelphia, PA 19101-0600** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Salinas Valley Memorial**<br>**450 E. Romie Land**<br>**Salinas, CA 93901** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **Robert P.K. Keller,**
     **Susanne L. Keller**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Salinas Valley Memorial**<br>**450 E. Romie Lane**<br>**Salinas, CA 93901** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Sound Surgical Tech**<br>**357 S. McCaslin Blvd.**<br>**Louisville, CO 80027** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Suneva Medical**<br>**Lorna Walker, Esq.**<br>**6073 Mission Street**<br>**Daly City, CA 94014** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Swisscosmet Corp**<br>**5540 Rowan Road**<br>**New Port Richey, FL 34653** |
| **Keller Medical Institute**<br>**113 11th Street**<br>**Pacific Grove, CA 93950** | **Terry Latasa**<br>**930 Harrison Street**<br>**Monterey, CA 93940** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Thelen, Chang & Nguyen, LLP**<br>**18921 Portola Drive #D**<br>**Salinas, CA 93908** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Wells Fargo Financial Leasing**<br>**P/O/ Box 6434**<br>**Carol Stream, IL 60197-6434** |
| **Keller Medical Institute**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **White Glove**<br>**143 Silverwood Place**<br>**Marina, CA 93933** |
| **Keller Medical Institute**<br>**5 Lower Ragsdale Drive, Suite 101**<br>**Monterey, CA 93940** | **Independent Re Research, Inc.**<br>**P. O. Box 181**<br>**Pebble Beach, CA 93953** |
| **Keller Protective Medicine, LLC**<br>**288 Pearl Street**<br>**Monterey, CA 93940** | **Paul Harless**<br>**303 Lake Drive**<br>**Millington, TN 38053** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Robert P.K. Keller**
         **Susanne L. Keller**                                      Case No. _____
_____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Physician - self employed** | **Office Manager** |
| Name of Employer | **Dr. Robert Keller, M.D.** | **Dr. Robert Keller, M.D.** |
| How long employed | **1 month** | **1 month** |
| Address of Employer | **950 Cass Street** **Monterey, CA 93940** | **950 Cass Street** **Monterey, CA 93940** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **10,372.84** | $ | **6,398.26** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **10,372.84** | $ | **6,398.26** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **5,460.50** | $ | **1,935.08** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **5,460.50** | $ | **1,935.08** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,912.34** | $ | **4,463.18** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,912.34** | $ | **4,463.18** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **9,375.52** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re **Robert P.K. Keller**
      **Susanne L. Keller**                          Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|--:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,200.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 240.00 |
|             b. Water and sewer | $ | 300.00 |
|             c. Telephone | $ | 300.00 |
|             d. Other   **Telephone, Internet, Cable** | $ | 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 300.00 |
| 4. Food | $ | 950.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|             a. Homeowner's or renter's | $ | 0.00 |
|             b. Life | $ | 0.00 |
|             c. Health | $ | 0.00 |
|             d. Auto | $ | 0.00 |
|             e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|             (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|             a. Auto | $ | 0.00 |
|             b. Other | $ | 0.00 |
|             c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 500.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|      Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,240.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|--:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 9,375.52 |
| b.    Average monthly expenses from Line 18 above | $ | 8,240.00 |
| c.    Monthly net income (a. minus b.) | $ | 1,135.52 |

# United States Bankruptcy Court
## Northern District of California

In re    **Robert P.K. Keller**
       **Susanne L. Keller**                            Case No. _____

                               Debtor(s)       Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **31**  
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 7, 2011**             Signature    **/s/ Robert P.K. Keller**
                                              **Robert P.K. Keller**
                                              Debtor

Date   **February 7, 2011**             Signature    **/s/ Susanne L. Keller**
                                              **Susanne L. Keller**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re    **Robert P.K. Keller**
         **Susanne L. Keller**                      Case No. _____

                                   Debtor(s)             Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$55,416.69** | **Kelleer Medical Institute, husband, 2010** |
| **$50,000.00** | **Keller Medical Institute, husband, 2009** |
| **$184,583.00** | **Keller Medical Institute, husband, 2008** |
| **$53,333.36** | **Keller Medical Institute, wife, 2010** |
| **$16,250.00** | **Keller Medical Institute, wife, 2009** |
| **$57,442.00** | **Keller Medical Institute, wife, 2008** |
| **$7,916.67** | **Monterey Advanced Medical Corporation, husband 2010** |
| **$29,166.69** | **Keller Protective Medicine, wife, 2010** |
| **$4,168.67** | **Monterey Advanced Medical Corp., wife, 2010** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,500.00** | **Sale of Mercedes automobile, joint, 2010** |
| **$3,500.00** | **Sale of interest in a boat, joint, 2010** |
| **$5,798.00** | **Draws from Keller Medical Institute, husband, 2010** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **U. S. Bankcorp**<br>**P. O. Box 790179**<br>**Saint Louis, MO 63179-0179** | **12-28-10 - $626.91**<br>**11-15-10 - $626.91**<br>**10-12-2010 - $635.91** | **$1,889.73** | **$29,531.39** |
| **Mercedes Financial**<br>**P. O. Box 685**<br>**Roanoke, TX 76262-0685** | **12-29-10 - $9,621.17**<br>**12-28-10 - $919.67**<br>**11-28-10 - $919.67**<br>**10-28-10 - $919.67** | **$12,380.18** | **$0.00** |
| **Wachovia Bank**<br>**P.O. Box 60505**<br>**City of Industry, CA 91716-0505** | **12-18-10 - $4,234.96**<br>**11-8-10 - $4,234.96**<br>**10-18-10 - $3,939.50** | **$12,409.42** | **$869,428.08** |
| **General Electric Appliance**<br>**Appliance Park**<br>**Louisville, KY 40225** | **Debtors paid for refrigerator repairs on 10-28-10 in the sum of $667.99.** | **$667.99** | **$0.00** |
| **Mercury Insurance Group**<br>**P. O. Box 11991**<br>**Santa Ana, CA 92711** | **12-18-10 - $655.00**<br>**10-20-10 - $655.00** | **$1,310.00** | **$0.00** |
| **Central Ave Pharmacy**<br>**133 15th Street**<br>**Pacific Grove, CA 93950** | **12-18-10 - $723.68** | **$723.68** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Central Coast Language & Learning**<br>**787 Munras Avenue**<br>**Monterey, CA 93940** | **12-18-10 - $892.50**<br>**12-4-10 - $680.00**<br>**10-15-10 - $1,041.25** | **$2,613.75** | **$0.00** |
| **Santa Catalina School**<br>**1500 Mark Thomas Drive**<br>**Monterey, CA 93940** | **12-4-10 - $3,860.28**<br>**11-8-10 - $3,500.00** | **$7,360.28** | **$0.00** |
| **City of Monterey**<br>**250 Figueroa Street**<br>**Monterey, CA 93940** | **Boat slip fees -**<br>**11-8-10 - $923.63** | **$923.63** | **$0.00** |
| **Monterey County Tax Collector**<br>**P. O. Box 891**<br>**Salinas, CA 93902-0891** | **Real property taxes -**<br>**11-8-10 - $2,713.24**<br>**11-8-10 - $1,686.52** | **$4,399.76** | **$0.00** |
| **College Bound**<br>**1143 Old Stage Road**<br>**Salinas, CA 93908** | **School**<br>**10-19-10 - $600.00** | **$600.00** | **$0.00** |
| **Nasario Valdez**<br>**250 Barbara Circle Drive**<br>**Monterey, CA 93940** | **House repairs -**<br>**10-6-10 - $830.00** | **$830.00** | **$0.00** |

None ■    c. *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None □    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **AEL Financial, LLC v. Harry e. Nervino, M.D., Keller Medical Institute, Robert Keller, M.D., et al.; Case No.: M106114** | **Complaint for Money** | **Montery County Superior Court** | **Resolved** |
| **Tygris Asset Finance, Inc., et al., v. Keller Medical Institute & Robert Keller; Case No.: 10 L 4015** | **Complaint for Breach of Equipment Lease Agreement & Breach of Guaranty** | **Circuit Court of Cook County, Illinois County Department, Law Division** | **Pending** |
| **Greystone Equipment Finance Corporation v. Keller Medical Institute, et al.; Case No.: M105940** | **Complaint for Breach of Lease Agreement, Guaranty** | **Monterey County Superior Court** | **Pending** |
| **Harry E. Nervino v. Robert Keller, et al.; Case Nol: M106105** | **Plaintiff's Complaint for Wages; Defendant's Cross-Complaint for Breach of Contract & Damages** | **Monterey County Superior Court** | **Dismissed** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Suneva Medical Inc. v. Keller Medical Institute, et al.; Case No.: M104008** | **Complaint for Money** | **Monterey County Superior Court** | **Writ of Execution Issued** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Binder & Malter, LLP**<br>**2775 Park Avenue**<br>**San Jose, CA 95150** | **July 16, 2010 - $10,000**<br>**December, 2010 - $2,500** | **Debtors paid to Binder & Malter, LLP the sum of $10,000 for bankruptcy analysis. Debtors also paid the sum of $2,500 to Binder & Malter, LLP for this Chapter 7 proceeding. Debtors have also agreed to pay Binder & Malter, LLP for extraordinary service, if such are necessary, at the rate of $495 per hour.** |

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Jerry Johnson**<br>**3660 May Street**<br>**Los Angeles, CA 90066**<br>    **Partner in boat** | **August 12, 2010** | **Debtors sold their interest in a 1979 Orion 27' sailboat to their partner, Jerry Johnson for the sum of $3,500.** |
| **Jerry Johnson**<br>**3660 May Street**<br>**Los Angeles, CA 90066**<br>    **Partner in boat** | **December 26, 2010** | **Debtors sold their 2005 Mercedes E500 to Jerry Johnson for the sum of $15,500.** |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■ Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■ the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐ ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Keller Medical Institute, PC** | **77-0564621** | **288 Pearl St. Monterey, CA 93940-3036** | **Cosmetic Surgery** | **2006 to November 30, 2010** |
| **Keller Protective Medicine, LLC** | **27-2052712** | **288 Pearl Street Monterey, CA 93940** | **Cosmetic Surgery** | **February 2010 to November 30, 2010** |
| **Skin Institute of America** | **77-0564621** | **174 Carmelito Avenue Monterey, CA 93940** | **Cosmetic Surgery** | **February, 2001 to 2006** |
| **Monterey Advanced Medical Corp.** | **2980** | **cba Robert Keller, MD 950 Cass Street Monterey, CA 93940** | **Cosmetic Surgery** | **December 1, 2010 to present** |
| **Keller Medical, Inc.** | **80-0627202** | **288 Pearl St. Monterey, CA 93940-3036** | **Cosmetic Surgery** | **July 15, 2010 to November 30, 2010** |

None b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Greg Thelan**<br>**Thelan, Chang & Nguyen, LLP**<br>**18921 Portola Drive, Ste. D**<br>**Salinas, CA 93908** | **2008 - 2010 Bookkeeping and tax services** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

| None ■ | If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |

---

**24. Tax Consolidation Group.**

| None ■ | If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

---

**25. Pension Funds.**

| None ■ | If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case. |

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **February 7, 2011**                Signature    **/s/ Robert P.K. Keller**

                                                    **Robert P.K. Keller**

                                                    Debtor

Date   **February 7, 2011**                Signature    **/s/ Susanne L. Keller**

                                                    **Susanne L. Keller**

                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Case: 11-51119   Doc# 1   Filed: 02/07/11   Entered: 02/07/11 11:52:26   Page 51 of 69

# United States Bankruptcy Court
## Northern District of California

In re   **Robert P.K. Keller**
      **Susanne L. Keller** _____    Case No. _____

                                               Debtor(s)    Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Heritage Bank** | **Describe Property Securing Debt:**<br>**110 Monterey Avenue**<br>**Pacific Grove, CA 93950**<br><br>**Loan proceeds were used to fund business operations.** |

Property will be (check one):
    ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other. Explain   **Debtor will continue making monthly payments.**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Scaife, Richard** | **Describe Property Securing Debt:**<br>**BiobanK USA stock (20,000 shares were pledged as security to Richard M. Scaife on March 12, 2009 pursuant to a Stock Pledge Agreement.)** |

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt             ■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**U. S. Bankcorp** | **Describe Property Securing Debt:**<br>**2008 Land Rover LR3** |

Property will be (check one):
- ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Volvo Car Finance** | **Describe Property Securing Debt:**<br>**2006 Volvo XC90 (This car is in the Debtors' namnes but their daughter makes all payments and maintains this vehicle.)** |

Property will be (check one):
- ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Wachovia Bank** | **Describe Property Securing Debt:**<br>**113 11th Street**<br>**Pacific Grove, CA 93950** |

Property will be (check one):

&#9633; Surrendered        &#9632; Retained

If retaining the property, I intend to (check at least one):

&#9633; Redeem the property

&#9633; Reaffirm the debt

&#9632; Other.  Explain  **Debtor will continue making monthly payments.**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

&#9632; Claimed as Exempt        &#9633; Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>&#9633;   YES     &#9633;   NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **February  7, 2011**              Signature  **/s/ Robert P.K. Keller**

                                                     **Robert P.K. Keller**
                                                     Debtor

Date  **February  7, 2011**              Signature  **/s/ Susanne L. Keller**

                                                     **Susanne L. Keller**
                                                     Joint Debtor

# United States Bankruptcy Court
## Northern District of California

In re    **Robert P.K. Keller**
       **Susanne L. Keller**                    Case No. _____

                                 Debtor(s)         Chapter    **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.    The undersigned is the attorney for the debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

        a)      For legal services rendered or to be rendered in contemplation of and in connection with this case .................................... $        **12,500.00**

        b)      Prior to the filing of this statement, debtor(s) have paid .................... $        **12,500.00**

        c)      The unpaid balance due and payable is .................................... $        **0.00**

3.    $ __**299.00**__ of the filing fee in this case has been paid.

4.    The Services rendered or to be rendered include the following:

        a.      Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

        b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

        c.      Representation of the debtor(s) at the meeting of creditors.

5.    The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.    The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.    The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.    The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

9.    Debtors paid to Binder & Malter, LLP the sum of $10,000 for bankruptcy analysis and creditor negotiations. Debtors also paid to Binder & Malter, LLP the sum of $2,500 for this Chapter 7 case. Debtors also agreed to pay to Binder & Malter, LLP for extraordinary services, if such are necessary, at the rate of $495.00 per hour.

Dated: __February 7, 2011__                    Respectfully submitted,

                                         /s/ Michael W. Malter

                                         Attorney for Debtor: **Michael W. Malter #96533**
                                         **Binder & Malter, LLP**
                                         **2775 Park Avenue**
                                         **Santa Clara, CA 95050**
                                         **(408) 295-1700 Fax: (408) 295-1531**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                   Best Case Bankruptcy

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Case: 11-51119   Doc# 1   Filed: 02/07/11   Entered: 02/07/11 11:52:26   Page 57 of 69

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
## Northern District of California

In re    **Robert P.K. Keller**
      **Susanne L. Keller** _____    Case No. _____

                                                  Debtor(s)    Chapter    **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Robert P.K. Keller**
**Susanne L. Keller** _____    X   **/s/ Robert P.K. Keller**        **February  7, 2011**

Printed Name(s) of Debtor(s)                      Signature of Debtor                     Date

Case No. (if known) _____    X   **/s/ Susanne L. Keller**         **February  7, 2011**

                                                 Signature of Joint Debtor (if any)           Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of California

In re   **Robert P.K. Keller**
**Susanne L. Keller**

Debtor(s)

Case No.

Chapter   **7**

## CREDITOR MATRIX COVER SHEET

     I declare that the attached Creditor Mailing Matrix, consisting of  **9**  sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:  **February 7, 2011**

**/s/ Michael W. Malter**

Signature of Attorney
**Michael W. Malter #96533**
**Binder & Malter, LLP**
**2775 Park Avenue**
**Santa Clara, CA 95050**
**(408) 295-1700   Fax: (408) 295-1531**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Adam C. Toosley, Esq.
Clark Hill PLC
150 N. Michigan Avenue, Suite 2700
Chicago, IL 60601


Allergan Inc.
12975 Collections Center Drive
Chicago, IL 60693


Bert Coffey
540 Quail Court
Monterey, CA 93940


Caltronics Business Systems
CS3629
10491 Old Placerville Road
Suite 150
Sacramento, CA 95827-2508


Capital One
P. O. Box 60599
City of Industry, CA 91716


Capital One
P.O. Box 60599
City Of Industry, CA 91716


Capital One Bank
PO Box 60599
City of Industry, CA 91716-0599


Chase
Card Member Services
P.O. Box 94014
Palatine, IL 60094-4014

Comcast
#LX7039
P.O. Box 60000
San Francisco, CA 94160


Community Hospital
c/o Rash-Curtis & Associates
190 S. Orchard Avenue, Ste. C250
Vacaville, CA 95688


Cynosure, Inc.
5 Carlisle Road
Westford, MA 01886


Derinda L. Messenger & Assoc.
P. O. Box 30
Salinas, CA 93902-0030


Einstein Industries
6675 Mesa Ridge Road
San Diego, CA 92121


Fenton Keller
2801 Monterey - Salinas Hwy.
POB 791
Monterey, CA 93942-0791


First Premier Bank
P.O. Box 5519
Sioux Falls, SD 57117-5519


Ganeles & Assoc.
2600 Garden Road, Suite 301
Monterey, CA 93940

Gary S. Vandeweghe, Esq.
96 North Third Street
Suite 500
San Jose, CA 95112


Green & Jespersen, A Prof
9600 Blue Larkspur Lane
Monterey, CA 93940


Greystone Equipment Finance Corporation
25 Mall Road, Suite 411
Burlington, MA 01803


Henry Schein
5315 W. 74th Street
IN 46288


Heritage Bank
150 Almaden Blvd.
San Jose, CA 95113


Horan, Lloyd, Karachale, Dyer, Schwartz
Law & Cook, Inc.
P.O. Box 3350
Monterey, CA 93942-3350


Household Bank
P.O. Box 60102
City of Industry, CA 91716-0102


Howe, Clinton
3057 Cormorant
Pebble Beach, CA 93953

Independent Re Research, Inc.
P. O. Box 181
Pebble Beach, CA 93953


JP Morgan Chase
Attn: USBEF Exchange Co.
Lockbox 88010
131 S. Dearborn, 6th Floor
Chicago, IL 60603


Keller Medical Institute
5 Lower Ragsdale Drive, Suite 101
Monterey, CA 93940


Keller Medical Institute
288 Pearl Street
Monterey, CA 93940


Keller Medical Institute
113 11th Street
Pacific Grove, CA 93950


Keller Medical Institute
228 Pearl Street
Monterey, CA 93940


Keller Protective Medicine, LLC
288 Pearl Street
Monterey, CA 93940


Kelly Services
Hinsdale Law Firm
433 Airport Boulevard, Suite 106B
Burlingame, CA 94010

```
KION
P.O. Box 39000
Dept. 34251
San Francisco, CA 94139


KSBW
P.O. Box 39000
San Francisco, CA 94139


Lewis J. Cohn, Esq.
Cohn & Dussi, LLC
300 Trade Center
Woburn, MA 01801


Lucas, Don
1930 Saratoga Los Gatos Road
Saratoga, CA 95070


Marcap Corporation
200 West Jackson, Suite 2000
Chicago, IL 60606


Matthew W. Ottone, Esq.
Ottone Leach Olsen & Ray
17 East Gabilan Street
Salinas, CA 93901


Mevz Aesthetics
4133 Courtney Road #10
Franksville, WI 53126


Monterey County Bank
601 Munras Avenue
Monterey, CA 93940
```

Monterey County Herald
P.O. Box 271
Monterey, CA 93942


Monterey County Tax Collector
P. O. Box 891
Salinas, CA 93902-0891


Monterey County Weekly
668 Williams Avenue
Seaside, CA 93955


Nick I. Iezza, Esq.
Kelly Sweeney, Esq.
Spiwak & Iezza, LLP
555 Marin Street, Suite 140
Thousand Oaks, CA 91360


ODA
660 Mission
Suite440
San Francisco, CA 94105


Oliver Enterprise, LLC
Dept. 34452
P.O. Box 9440
Fresno, CA 93792


Paul Harless
303 Lake Drive
Millington, TN 38053


Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

Salinas Valley Memorial
450 E. Romie Land
Salinas, CA 93901


Salinas Valley Memorial
450 E. Romie Lane
Salinas, CA 93901


Salinas Valley Memorial Healthcar System
450 East Romie Lane
Salinas, CA 93901


Scaife, Richard
301 Grand Street, Suite 3900
Pittsburgh, PA 15219-6401


Sound Surgical Tech
357 S. McCaslin Blvd.
Louisville, CO 80027


Suneva Medical
Lorna Walker, Esq.
6073 Mission Street
Daly City, CA 94014


Swisscosmet Corp
5540 Rowan Road
New Port Richey, FL 34653


Terry Latasa
930 Harrison Street
Monterey, CA 93940

Thelen, Chang & Nguyen, LLP
18921 Portola Drive #D
Salinas, CA 93908


Tygris Asset Finance, Inc.
P.O. Box 809073
Chicago, IL 60680-9073


Tygris Commercial Finance
c/o Michael Parafink
500 West Monroe Street
28th Floor
Chicago, IL 60661


U. S. Bankcorp
P. O. Box 790179
Saint Louis, MO 63179-0179


U.S. Bancorp Equipment Finance, Inc.
13010 SW 68th Pkwy, Ste. 100 PD-OR-LEAS
Portland, OR 97223


U.S. Bancorp Equipment Finance, Inc.
P.O. Box 790413
Saint Louis, MO 63179-0413


U.S. Bancorp Equipment Finance, Inc.
P.O. Box 230789
Portland, OR 97281-0789


VGM Financial Services
1111 W. San Marnan Drive
Waterloo, IA 50701

VGM Financial Services
P.O. Box 1620
Waterloo, IA 50704


VGM Financial Services
P.O. Box 78523
Milwaukee, WI 53278-0523


Volvo Car Finance
Dept. 193901
P. O. Box 55000
Detroit, MI 48255-1939


Wachovia Bank
P.O. Box 60505
City of Industry, CA 91716-0505


Wells Fargo Financial Leasing
P/O/ Box 6434
Carol Stream, IL 60197-6434


White Glove
143 Silverwood Place
Marina, CA 93933